PATRICK RANDOLPH FLACK AND LOIS ELAINE FLACK, BY AND THROUGH THEIR GUARDIAN AD LITEM, LOIS R. FLACK GARRISS v. MARCUS A. GARRISS, BIANCA M. BROWN, GILBERT W. CHICHESTER, CMC FINANCE GROUP, INC.

No. 523A82

(Filed 11 January 1983)

**Appeal and Error § 46— equally divided Court—decision affirmed—no precedent**

Where one member of the Supreme Court did not participate in the consideration or decision of a case and the remaining six Justices are equally divided, the decision of the Court of Appeals is affirmed and stands without precedential value.

Justice MARTIN took no part in the consideration or decision of this case.

APPEAL of right by the plaintiffs pursuant to G.S. 7A-30(2) from a decision of a divided panel of the Court of Appeals, 58 N.C. App. 573, 293 S.E. 2d 827 (1982), finding no error in the trial of this case.

*Josey, Josey, Hanudel and Jordan, by V. Thomas Jordan, Jr., for plaintiff-appellants.*

*Perry, Kittrell, Blackburn and Blackburn, by George T. Blackburn, II, for defendant-appellees.*

PER CURIAM.

Justice Martin took no part in the consideration or decision of this case. The remaining members of this Court being equally divided, with three members voting to affirm the Court of Appeals and three members voting to reverse, the decision of the Court of Appeals is left undisturbed and stands without precedential value. *See State v. Johnson,* 286 N.C. 331, 210 S.E. 2d 260 (1974).

Affirmed.

Justice MARTIN took no part in the consideration or decision of this case.